IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY SWANSON III,          )
et al.,                      )
                             )
     Plaintiffs,             )
                             )
     v.                      )    CIVIL ACTION NO.
                             )    2:02cv644-MHT
NANCY WORLEY, etc., et al.,  )       (WO)
                             )
     Defendants.             )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, the following is the ORDER, JUDGMENT, and DECREE of the court:

(1)  The plaintiffs' 'fair notice' claim is dismissed as moot.

(2) The defendants' motions for summary judgment (Doc. Nos. 11 and 47) are granted on the plaintiffs' 'denial of opportunity to collect signatures on primary-election day' claim, and that judgment is entered in favor of the defendants and against the plaintiffs on this claim, with

the plaintiffs taking nothing on their complaint as to this claim.

It is further ORDERED that the parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of May, 2006.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**